**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. 11-47029-MXM |
| HARRY NEAL MCMILLAN, | ) |
| | ) Involuntary Chapter 7 |
| Dismissed Debtor. | ) |
| | ) Adv. Pro. No. 15-04066 |
| HARRY NEAL MCMILLAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| LAWRENCE MAESTRI, DONAL R. SCHMIDT, and THIMOTHY S. WAFFORD, | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Plaintiff Harry Neal McMillan appeals under 28 U.S.C. § 158(b) to the United States District Court for the Northern District of Texas from the orders of the Honorable Mark X. Mullin in this adversary proceeding entitled "Order Granting Motion to Dismiss" entered on January 8, 2016 (Docket No. 28) and "Memorandum Opinion on Order Granting Motion to Dismiss" entered on January 8, 2016 (as shown on the Order and the date signed) or on January 10, 2016 as shown by the Clerk's date and time stamp (Docket No. 23).

**Part 1: Identification of Appellant:**

1  Plaintiff Harry Neal McMillan    Attorneys for Appellants:
Christian C. Onsager
Andrew D. Johnson
Onsager | Guyerson | Fletcher | Johnson, LLC
1801 Broadway, Suite 900
Denver, CO 80202
Telephone: (303) 512-1123

**Part 2: Subject of this Appeal:**

1. Orders of the Honorable Mark X. Mullin in this adversary proceeding entitled "Order Granting Motion to Dismiss" entered on January 8, 2016 (Docket No. 28) and

"Memorandum Opinion on Order Granting Motion to Dismiss" entered on January 8, 2016 (as shown on the Order and the date signed) or on January 10, 2016 as shown by the Clerk's date and time stamp (Docket No. 23).

**Part 3: Identity of Other Parties to the Appeal:**

1. Respondent/Appellee: Donal R. Schmidt, pro se
    6688 North Central Expressway, Suite 675
    Dallas, Texas 75206
    Telephone: (214) 236-1363

2. Respondent/Appellee: Thimothy S. Wafford, pro se
    8400 San Fernando Way
    Dallas, Texas 75218
    Telephone: (214) 704-9608

Dated August 16, 2016.

Respectfully submitted,

ONSAGER | GUYERSON | FLETCHER | JOHNSON, LLC

/s/ Christian C. Onsager
Christian C. Onsager, CO#6889
Andrew D. Johnson, CO#36879
1801 Broadway, Suite 900
Denver, Colorado 80202
Telephone: (303) 512-1123
Facsimile: (303) 512-1129
E-Mail: consager@ogfj-law.com
       ajohnson@ogfj-law.com

ANDERSON TOBIN, PLLC

/s/ Aaron Z. Tobin
Aaron Z. Tobin
Texas Bar No. 24028045
One Galleria Tower
13355 Noel Road, Suite 1900

Attorneys for Harry Neal McMillan

**Certificate of Service**

I certify that on August 16, 2016, a copy of this Notice was served by placing it in the United States mail, postage pre-paid, addressed to the following:

| | |
|---|---|
| Donal R. Schmidt | Thimothy S. Wafford |
| 6688 North Central Expressway, | 8400 San Fernando Way |
| Suite 675 | Dallas, Texas 75218 |
| Dallas, Texas 75206 | |

/s/ Barbara A. Moss