

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 17, 2017**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HARRY NEAL MCMILLAN, | § § | CASE NO. 11-47029-MXM |
| DISMISSED DEBTOR. | § § § | CHAPTER 7 |
| | | |
| HARRY NEAL MCMILLAN, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | ADVERSARY NO. 15—04066-MXM |
| LAWRENCE MAESTRI, DONAL R. SCHMIDT AND THIMOTHY WAFFORD, | § § § § | |
| DEFENDANTS. | § | |

### FINAL JUDGMENT

All claims for relief in this Adversary Proceeding (including claims and crossclaims) have been resolved through orders of dismissal[1] or stipulations of dismissal.[2] To the extent any claims for relief have not been resolved, no party shall be entitled to any relief against any other party in this Adversary Proceeding. Each party shall pay its own fees and costs. This Judgment disposes of the entire Adversary Proceeding and is final and immediately appealable.

### END OF JUDGMENT ###

---

[1] Adv. ECF Nos. 28, 63.

[2] Adv. ECF Nos. 46-47.